IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00290-PSF-MJW

DONALD L. STURM;
DONALD L. STURM CHARITABLE TRUST;
STURM FAMILY FOUNDATION, a Colorado nonprofit corporation;
STURM GROUP, INC., a Wyoming corporation;
STURM FAMILY CAPITAL, LLLP;
COLORADO SEMINARY, a Colorado nonprofit corporation;
MELANIE L. STURM; and
M.L. STURM FOUNDATION,

      Movants/Arbitration Claimants,

v.

CITIGROUP, INC.;
CITIGROUP GLOBAL MARKETS, INC., f/k/a Salomon Smith Barney; and
JACK GRUBMAN,

      Respondents/Arbitration Respondents.

## ORDER GRANTING WITHDRAWAL OF MOTIONS

Upon consideration of the Movants' Motion to Withdraw [Dkt. # 6] Motion to Appoint Private Process Server (Dkt. # 4) and Motion to Direct United States Marshal for the District of Colorado to Serve Process and to Appoint Private Process Server (Dkt. # 5),

IT IS ORDERED that the motion to withdraw is GRANTED and the motions (Dkt. ## 4 and 5) are deemed withdrawn.

DATED: February 24, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge