IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00290-PSF-MJW

DONALD L. STURM;
DONALD L. STURM CHARITABLE TRUST;
STURM FAMILY FOUNDATION, a Colorado nonprofit corporation;
STURM GROUP, INC., a Wyoming corporation;
STURM FAMILY CAPITAL, LLLP;
COLORADO SEMINARY, a Colorado nonprofit corporation;
MELANIE L. STURM; and
M.L. STURM FOUNDATION,

    Movants/Arbitration Claimants,

v.

CITIGROUP, INC.;
CITIGROUP GLOBAL MARKETS, INC., f/k/a Salomon Smith Barney; and
JACK GRUBMAN,

    Respondents/Arbitration Respondents.

## ORDER

This Court has received a letter filed by counsel for respondents (Dkt. # 15) regarding Exhibit 1 to the Motion to Vacate (Dkt. # 1), which was filed by petitioners. Exhibit 1 to the motion is the record of the underlying arbitration proceeding, including correspondence with the NASD, briefs and pleadings, and the entire transcript and exhibits for the Final Hearing.  Mot. to Vacate at 2, n.1.  Petitioners' motion to seal documents contained in Exhibit 1 (Dkt. # 2) was denied without prejudice by this Court on February 24, 2006.  The letter requests that because some documents contained in Exhibit 1 include some "sensitive personal information that is irrelevant to the issues,"

this Court should keep Exhibit 1 under seal "until such time as [counsel for respondents] file a motion to substitute it with a version that redacts the sensitive information."

The Clerk of the Court is hereby directed to keep Exhibit 1 under seal until Monday, March 6, 2006. If no party has filed a motion to seal or substitute by that date, the material will be unsealed. If such a motion is timely filed, the materials are to remain under seal until such time as the Court has ruled on the motion.

Counsel for respondents are directed to comply with this Court's local rules and practices in all further matters, including not filing letters with the Court or otherwise communicating with the Court when not of record.

DATED: February 28, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge