IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00290-PSF-MJW

DONALD L. STURM,
DONALD L. STURM CHARITABLE TRUST,
STURM FAMILY FOUNDATION, a Colorado nonprofit corporation,
STURM GROUP, INC., a Wyoming corporation,
STURM FAMILY CAPITAL, LLLP,
COLORADO SEMINARY, a Colorado nonprofit corporation,
MELANIE L. STURM, and
M. L. STURM FOUNDATION,

Movants/Arbitration Claimants,

v.

CITIGROUP, INC.,
CITIGROUP GLOBAL MARKETS, INC. f/k/a Salomon Smith Barney, and
JACK GRUBMAN,

Respondents/Arbitration Respondents.

## ORDER TO RESET SCHEDULING CONFERENCE

This matter is before the Court *sua sponte*.  It is hereby ORDERED that the scheduling conference currently set for April 20, 2006 at 9:30 a.m. is RESET to April 20, 2006 **at 2:30 p.m.**

DATED: April 19, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge