IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00290-PSF-MJW

DONALD L. STURM;
DONALD L. STURM CHARITABLE TRUST;
STURM FAMILY FOUNDATION, a Colorado nonprofit corporation;
STURM GROUP, INC., a Wyoming corporation;
STURM FAMILY CAPITAL, LLLP;
COLORADO SEMINARY, a Colorado nonprofit corporation;
MELANIE L. STURM; and
M.L. STURM FOUNDATION,

    Movants/Arbitration Claimants,

v.

CITIGROUP, INC.;
CITIGROUP GLOBAL MARKETS, INC., f/k/a Salomon Smith Barney; and
JACK GRUBMAN,

    Respondents/Arbitration Respondents.

## ORDER GRANTING MOTION TO AMEND

THE COURT, having reviewed Respondents' Unopposed Motion to File a Corrected Opposition Brief (Dkt. # 68), and being fully advised in the premises, hereby

ORDERS that the motion is GRANTED and respondents are granted leave to file a corrected Brief in Opposition to Claimants' Motion to Vacate in the form attached as Exhibit A to the Motion.

IT IS FURTHER ORDERED that further motions in this matter which are unaccompanied by a proposed order <u>filed in chambers</u> in the proper format will be denied without prejudice. The parties are DIRECTED to D.C.COLO.LCivR 5.6(A)

regarding compliance with "Electronic Case Filing Procedures for the District of Colorado," which sets forth at Section V.L. 1 and 2 the requirements for submitting proposed orders.

DATED: May 23, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge