IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00290-PSF-MJW

DONALD L. STURM;
DONALD L. STURM CHARITABLE TRUST;
STURM FAMILY FOUNDATION, a Colorado nonprofit corporation;
STURM GROUP, INC., a Wyoming corporation;
STURM FAMILY CAPITAL, LLLP;
COLORADO SEMINARY, a Colorado nonprofit corporation;
MELANIE L. STURM; and
M.L. STURM FOUNDATION,

    Movants/Arbitration Claimants,

v.

CITIGROUP, INC.;
CITIGROUP GLOBAL MARKETS, INC., f/k/a Salomon Smith Barney; and
JACK GRUBMAN,

    Respondents/Arbitration Respondents.

## ORDER ON RESPONDENTS' MOTION FOR LEAVE TO CONDUCT LIMITED DISCOVERY

This matter comes before the Court on the Respondents' Motion for Leave to Conduct Limited Discovery (Dkt. # 76). The Motion is DENIED for the following reasons:

The motion essentially seeks discovery relating to movants' knowledge of the so-called *Cosman* lawsuit, or ability to obtain such knowledge, at a time prior to the selection of the arbitrator. Movants now concede that the arbitrator "arguably disclosed the Cosman lawsuit to the NASD, and have dropped the non-disclosure of the Cosman lawsuit as a basis for the Motion to Vacate." Sturms' Opposition to Motion For Leave to

Conduct Limited Discovery (Dkt. # 79) at 5.  Accordingly, there is no need to take the requested discovery.

Furthermore, respondents have already filed their brief in opposition to the motion to vacate the award (Dkt. # 54), and have been allowed until July 3, 2006 to file their reply brief in support of Motion to Dismiss and in Opposition to Motion to Vacate (*see* Dkt. # 78).  The Court finds that there is no showing of sufficient cause for the requested discovery such that the schedule of briefing should be varied any further.

DATED: July 3, 2006.

BY THE COURT:

*s: Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge