IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No.   06-cv-00290-PSF-MJW

DONALD L. STURM, et al.,

Plaintiff(s),

v.

CITIGROUP, INC., et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Citigroup Respondents' Motion for Leave to Permit Senior Citigroup Executives to be Available by Telephone During Settlement Conference, filed with the Court on July 24, 2006, is GRANTED.  Mr. Grubman shall ensure the availability of his clients for the settlement conference on July 31, 2006, at 10:30 a.m., (Mountain Time).  The court's telephone number is (303) 844-2403.

Date:  July 26, 2006