IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00290-PSF-MJW

DONALD L. STURM;
DONALD L. STURM CHARITABLE TRUST;
STURM FAMILY FOUNDATION, a Colorado nonprofit corporation;
STURM GROUP, INC., a Wyoming corporation;
STURM FAMILY CAPITAL, LLLP;
COLORADO SEMINARY, a Colorado nonprofit corporation;
MELANIE L. STURM; and
M.L. STURM FOUNDATION,

    Movants/Arbitration Claimants,

v.

CITIGROUP, INC.;
CITIGROUP GLOBAL MARKETS, INC., f/k/a Salomon Smith Barney; and
JACK GRUBMAN,

    Respondents/Arbitration Respondents.

## ORDER ON PENDING MOTIONS

On September 15, 2006, the parties orally advised the Court that a settlement had been reached, and the parties were directed to file settlement papers or a stipulation of dismissal no later than September 29, 2006 (Dkt. # 89).  On September 28, 2006, the parties filed a Joint Motion to Extend Time to File a Stipulation of Dismissal (Dkt. # 90), stating again that a settlement between them had been reached "fully settling, among other claims, all the claims in this action" (Motion at 2), but seeking an extension of time until October 6, 2006, within which to file a stipulation of dismissal.

In light of the parties' representations, all pending motions in this case (Dkt. ## 1, 42 and 53) are DENIED without prejudice as moot, and the Motion for Extension of Time (Dkt. # 90) is GRANTED.  The parties shall have to and including October 6, 2006, within which to file a stipulation of dismissal.

DATED: September 29, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge